John Wold, appellee, v. James Slagel and Phillip Laramie, trading as Dixie High-Grade Laundry, and Jack Leiter, appellants. Gen. No. 36,035.

Opinion
filed February 8, 1933.

William McKinley and Paul E. Price, for appellants. Charles G. Palmer, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.